**Order filed December 4, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00904-CV

_____

**IN RE ONE THOUSAND SIX HUNDRED FOUR DOLLARS & NINE CENTS ($1,604.09) IN U.S. CURRENCY**

**QUINCY DESHAN BUTLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 11-06-20924**

---

# O R D E R

This is an appeal from a summary judgment signed July 28, 2014. The clerk's record was filed December 2, 2014. The record reflects that appellant filed a timely motion for new trial on August 19, 2014. The notice of appeal was due October 27, 2014. *See* Tex. R. App. P. 26.1. Appellant's notice of appeal was not filed until November 7, 2014, and the certificate of service reflects that it was

mailed on October 31, 2014. The notice of appeal was filed within 15 days of the due date. A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **December 22, 2014**. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM